**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**Case No. 3:19-cv-01045-BJD**

In re:

5200 ENTERPRISES LIMITED,                             L.T. No. 3:18-bk-01646-JAF
*Debtor*                                              L.T. Adv. No. 3:19-ap-00021-JAF

————————————————————/

5200 ENTERPRISES LIMITED,
*Appellant*

CITY OF NEW YORK,
*Appellee*

————————————————————/

**CITY OF NEW YORK'S RESPONSE AND LIMITED**
**OPPOSITION TO APPELLANT'S LIMITED REQUEST, PURSUANT**
**TO FED. R. BANKR. P. 8006(f) AND 28 U.S.C. § 158(d)(2) FOR DIRECT APPEAL**
**TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

Defendant/appellee the City of New York (the "**City**"), by and through its undersigned

counsel, hereby responds in limited opposition to the *Limited Request, Pursuant to Fed. Rule of*

*Bankr. P. 8006(f) and 28 U.S.C. § 158(d)(2), for Direct Appeal to the United States Court of*

*Appeals for the Eleventh Circuit* filed on October 8, 2019 (the "Request for Certification") [Doc.

No. 10] filed by plaintiff/appellant, and debtor below, 5200 Enterprises Limited (the "**Debtor**"),

and respectfully submits as follows:

1.      The City does not in general object to certification for a direct appeal to the

United States Court of Appeals for the Eleventh Circuit ("11th Circuit") of the Bankruptcy

Court's *Order Granting the City of New York's Motion to Dismiss Adversary Proceeding* dated

August 13th, 2019 (the "Dismissal Order"), [Adv. P. Doc. No 35].

2.      However, the City objects to the phrasing of the two (2) questions of law to be

presented to the 11th Circuit proposed by the Debtor in the Request for Certification. Such

phrasing goes beyond (a) the issues presented to the Bankruptcy Court or (b) the Bankruptcy Court's reasoning in the Dismissal Order.   The City reserves its rights to raise all objections to the issues raised by the Appellant on any grounds, including waiver.

3.      Because the City does not object to the certification of direct appeal, the City, without waiving its objections, asserts that its objections should be determined during the briefing portion of this appeal.

**WHEREFORE**, the City respectfully requests the District Court to certify this appeal to the 11th Circuit and grant such other and further relief it may deem just and proper.

Dated:  October 21, 2019.

Furr Cohen, P.A.

By:     */s/ Aaron A. Wernick*
Aaron A. Wernick
Florida Bar Number: 14059
2255 Glades Road, Suite 301E
Boca Raton, Florida 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
E-mail: awernick@furrcohen.com
*Local Counsel for the City of New York*


I HEREBY CERTIFY that a true and correct copy of the foregoing was served to the parties via CM/ECF on this 21st day of October 2019.

By: /s/ Aaron A. Wernick
    Attorney