**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

5200 ENTERPRISES LIMITED,

      Appellant,

v.                                                    Case No. 3:19-cv-1045-J-39

CITY OF NEW YORK,

      Appellee.
_____/

## CERTIFICATION FOR DIRECT APPEAL

**THIS CAUSE** is before the Court on Appellant's Request for Direct Appeal to the United States Court of Appeals for the Eleventh Circuit (Doc. 10) filed October 8, 2019, and Appellee's response in opposition (Doc. 15). For the reasons set forth in the Court's Order granting Appellant's request, the Court hereby certifies the subject Order of the bankruptcy court annexed hereto (the "Order") involves (1) questions of law that are a matter of public importance for which there are no controlling decisions by either the Eleventh Circuit or the Supreme Court of the United States, as contemplated by 28 U.S.C. § 158(d)(2)(A)(i); and (2) issues for which an immediate appeal may materially advance the progress of the adversary proceeding in which the appeal is taken, as contemplated by 28 U.S.C. § 158(d)(2)(A)(iii). Accordingly, 28 U.S.C. § 158(d)(2)(A) provides for the Eleventh Circuit to have appellate jurisdiction if the Eleventh Circuit authorizes the direct appeal of the Order.

**CERTIFIED** in Jacksonville, Florida this 16th day of July, 2020.

_____
BRIAN J. DAVIS
United States District Judge

Copies furnished to:

Counsel of Record
Clerk of Court for the Eleventh Circuit

Attached: Order from the bankruptcy court dated August 13, 2019